

> Application denied. The parties may renew their application to be exempted from the automatic mediation referral once they secure a private mediator and schedule a mediation session with such mediator.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 15.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> September 1, 2021

William J. Dealy (1946-2012)
Milo Silberstein
Marc D. Braverman
Laurence J. Lebowitz

Amanda E. Maguire
Maria Louisa Bianco
Erica J. Weser
_____
Albert J. Soler
    Of Counsel

August 31, 2021

**VIA ECF**

The Hon. Philip M. Halpern
United States District Judge
Southern District of New York
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, NY 10601

    Re: **Morales v. Fross, Zelnick, Lehrman & Zissu, P.C., et al.**
       Case No. 7:21-cv-04509-PMH

Dear Judge Halpern:

  This firm represents Defendants Fross Zelnick Lehrman & Zissu, P.C., Leo Kittay, James D. Weinberger and Terry Raphael (collectively, "Defendants") in connection with the above-referenced matter. This letter is written jointly with Plaintiff's counsel.

  On August 20, 2021, this matter was automatically referred to mediation by the Court, and a mediator was assigned on August 23, 2021. The parties respectfully request that the Court stay this matter to allow the parties to participate in a private mediation. Currently, the parties are in the process of securing a private mediator, which the parties believe should be accomplished within the next two (2) weeks. Once the mediator is secured, the parties will schedule the mediation at the mediator's earliest availability.

  Should the Court permit the parties to participate in private mediation, the parties are willing to provide the Court with a status update concerning the mediation every thirty (30) days.

---

Long Island Location: 24 Summit Boulevard, Westhampton, New York 11977 - T: (631) 998-0512

                                        Respectfully submitted,

                                              /s/

                                        Marc D. Braverman

MDB/am