

> Application denied. By October 29, 2021, the parties shall file a status letter advising the Court of the outcome of the October 28, 2021 private mediation session.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 17.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> September 23, 2021

William J. Dealy (1946-2012)
Milo Silberstein
Marc D. Braverman
Laurence J. Lebowitz

Amanda E. Maguire
Maria Louisa Bianco
Erica J. Weser
———
Albert J. Soler
Of Counsel

September 22, 2021

**VIA ECF**

The Hon. Philip M. Halpern
United States District Judge
Southern District of New York
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, NY 10601

      Re:   <u>**Morales v. Fross, Zelnick, Lehrman & Zissu, P.C., et al.**</u>
              Case No. 7:21-cv-04509-PMH

Dear Judge Halpern:

      This firm represents Defendants Fross Zelnick Lehrman & Zissu, P.C., Leo Kittay, James D. Weinberger and Terry Raphael (collectively, "Defendants") in connection with the above-referenced matter. This letter is written jointly with Plaintiff's counsel.

      On August 20, 2021, this matter was automatically referred to mediation by the Court, and a mediator was assigned on August 23, 2021. By letter-motion dated August 31, 2021, the parties sought a stay of this matter to allow the parties to participate in a private mediation. That application was denied with leave to renew once a private mediator was secured and a mediation session with such mediator was scheduled.

      The parties have now scheduled a mediation session for October 28, 2021 before JAMS mediator Marc Segall. Accordingly, the parties hereby renew their joint application for a stay of this matter to allow the parties to participate in a private mediation.

---

     Should the Court permit the parties to participate in private mediation, the parties are willing to provide the Court with a status update concerning the mediation every thirty (30) days or such other intervals that the Court deems appropriate.

                                         Respectfully submitted,

                                                 /s/

                                         Marc D. Braverman

MDB/am

cc: All counsel of record