

> Application granted. The parties are directed to file settlement documents, including a *Cheeks* fairness letter, by December 3, 2021.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 22.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         November 18, 2021

William J. Dealy (1946-2012)
Milo Silberstein
Marc D. Braverman
Laurence J. Lebowitz

November 17, 2021

**VIA ECF**

The Hon. Philip M. Halpern
United States District Judge
Southern District of New York
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, NY 10601

      Re: **Morales v. Fross, Zelnick, Lehrman & Zissu, P.C., et al.**
           Case No. 7:21-cv-04509-PMH

Dear Judge Halpern:

      This firm represents Defendants Fross Zelnick Lehrman & Zissu, P.C., Leo Kittay, James D. Weinberger and Terry Raphael (collectively, "Defendants") in connection with the above-referenced matter. This letter is written jointly with Plaintiff's counsel.

      Pursuant to Your Honor's Order dated November 1, 2021, the parties were directed to file the settlement documents resolving Plaintiff's claims under the Fair Labor Standard Act and New York Labor Law, including a *Cheeks* fairness letter, by November 19, 2021. The parties have been working diligently to negotiate and draft the settlement documents. However, in order to permit the parties to finalize and execute the settlement documents, and to provide Plaintiff with the consideration and revocation periods to which she is entitled under the Age Discrimination in Employment Act, the parties are respectfully requesting a brief two (2) week extension of the Court's deadline to December 3, 2021.

      This is the parties' first request for an extension of time to submit the settlement documents.

---

Long Island Location: 24 Summit Boulevard, Westhampton, New York 11977 - T: (631) 998-0512

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Marc D. Braverman

MDB/am
cc: Trevor Brice, Esq. (via ECF)